IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA L. LYNGHOLM and<br>DANIEL W. LYNGHOLM,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BRENT R. MENDENHALL, an<br>individual, and FED EX GROUND<br>PACKAGE SYSTEM, INC., BRENT<br>R. MENDENHALL, and L.A.D.<br>TRUCKING, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:11CV125<br><br><br><br><br><br>ORDER AND JUDGMENT |

　　　　This matter is before the Court on the stipulation and joint motion for judgment of dismissal (Filing No. 48).  The Court finds the stipulation should be approved and adopted and the motion for judgment of dismissal should be granted. Accordingly,

　　　　IT IS ORDERED:

　　　　1) The stipulation by and between the parties is approved and adopted.

　　　　2) The motion is granted; this action is dismissed with prejudice, each party to pay their own costs.

　　　　DATED this 9th day of November, 2011.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　　　　United States District Court